IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.-06-cv-02021-WDM-MJW

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

$38,730.00 IN UNITED STATES CURRENCY,

    Defendant.

---

## ORDER
( Dickus po. 6 )

---

This matter having come before the Court on the United States' Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference, and the Court being fully advised, the Court hereby ORDERS:

1. THAT the Scheduling/Planning Conference and all attendant deadlines set by this Court's Order of November 3, 2006 (ECF Document 5) are VACATED; and

2. THAT the United States shall file a Status Report on or before February 16, 2007.

DONE at Denver, Colorado, this 6th day of November, 2006.

        BY THE COURT:

        _____
        UNITED STATES MAGISTRATE JUDGE

        MICHAEL J. WATANABE
        UNITED STATES MAGISTRATE JUDGE